Jeffrey A. Paris, Esq.
PARIS and PARIS, LLP.
424 Pico Boulevard
Santa Monica, California 90405-1197
Phone (310) 392-8722/Fax (310) 392-1768

The Dunn Law Firm
Steven R. Dunn, Esq. (TX #06252250)
8390 LBJ Freeway, Suite 540
Dallas, Texas 75243
Tel. (214) 692-5533 / Fax (214) 692-5534
*(pending pro hac vice admission)*

Attorneys for Defendant
Diversified Consultants, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RAYMOND ALVANDI, | § | Case No. SACCV13-02011JFW(DFMx) |
| Plaintiff, | § | |
| v. | § | DEFENDANT'S CORPORATE DISCLOSURE |
| DIVERSIFIED CONSULTANTS, INC., | § | |
| Defendant. | § | |

Pursuant to Fed.R.Civ.P. 7.1, notice is hereby given that Diversified Consultants, Inc. is not a subsidiary of any publicly held company that owns 10% of more of its stock.

Further, pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Diversified Consultants, Inc., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Raymond Alvandi
   Glendale, California
   Plaintiff

2. Amy Bennecoff
   30 East Butler Pike
   Ambler, PA 19002
   Attorneys for Plaintiff

3. Diversified Consultants, Inc.
   10550 Deerwood Park Boulevard
   Suite 309
   Jacksonville, Florida 32256
   Defendant

4. Jeffrey A. Paris
   424 Pico Boulevard
   Santa Monica, California 90405-1197
   Attorney for Defendant

5. Steven R. Dunn
   8390 LBJ Freeway, Suite 540
   Dallas, Texas 75243
   Attorney for Defendant

        Respectfully submitted,

        /s/ Jeffrey A. Paris

        Jeffrey A. Paris, Esq.
        PARIS and PARIS, LLP.
        424 Pico Boulevard
        Santa Monica, California 90405
        Phone (310) 392-8722
        Fax (310) 392-1768

        Steven R. Dunn
        Dunn Firm, P.C.
        8390 LBJ Freeway, Suite 540
        Dallas, Texas 75243
        Telephone (214) 692.5533
        Facsimile (214)   692.5534

        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

   I hereby certify that on April 7, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following persons:

Amy Bennecoff
30 East Butler Pike
Ambler, PA 19002

                /s/ Jeffrey A. Paris
                Jeffrey A. Paris