Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND ALVANDI, | ) |
| Plaintiff | ) ) ) |
| v. | ) **Case No.: 8:13-cv-2011-JFW-DFM** |
| DIVERSIFIED CONSULTANTS, INC. | ) **Notice of Settlement** |
| Defendant | ) ) ) ) ) |

TO THE CLERK:

      Plaintiff notifies the Court, and all of the parties herein, and advises them that the Plaintiff has reached a settlement with the Defendant, as to all claims for relief.

                                  /S/ Amy L. Bennecoff
                                  Amy L. Bennecoff, Esquire
Date: <u>May 12, 2014</u>         Kimmel & Silverman, P.C.
                                  30 East Butler Pike
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888
                                  Fax: (215) 540-8817
                                  Email: abennecoff@creditlaw.com
                                  Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 12th day of May, 2014:

Steve R. Dunn, Esq.
Dunn Firm, P.C.
8390 LBJ Freeway
Suite 540
Dallas, TX 75243
steven@dunnlawfirm.net

Date: <u>May 12, 2014</u>

<u>/S/ Amy L. Bennecoff</u>
Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: abennecoff@creditlaw.com
Attorney for the Plaintiff